Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon 97204
tel: (503) 223-7786
fax: (503) 227-2477

Attorney For Defendant GREGORIO GUTIERREZ-MONTES

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. CR 11-467-10-MO |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT GUTIERREZ-MONTES' WAIVER OF APPEARANCE and DECLARATION OF COUNSEL** |
| GREGORIO GUTIERREZ-MONTES, et al., | |
| Defendants. | |

COMES NOW Robert Reid, counsel for Defendant Gregorio Gutierrez-Montes, and hereby submits the following Declaration of Counsel by way of setting forth Defendant Gutierrez-Montes' waiver of his appearance at the status conference held on January 23, 2012.

**DECLARATION OF COUNSEL**

(1) Defendant Gregorio Gutierrez-Montes does not speak English. At all relevant times mentioned herein, my conversations with him were translated by interpreter Terry Rogers.

Page 1 --- DEFENDANT GUTIERREZ-MONTES' WAIVER OF APPEARANCE and DECLARATION OF COUNSEL

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon 97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

    (2)  I have met personally with the Defendant four times.  On December 19, 2011, I was already aware that the government would be asking for a trial date several months beyond the initial trial date setting.  At that time I explained Mr. Gutierrez' constitutional and statutory speedy trial rights to him, as well as the concept of excludable delay, in simple terms.  Mr. Gutierrez' agreed that he would prefer to be well prepared for trial rather than rush a trial date simply for expediency.  I explained that he would have to waive, or give up, these speedy trial rights in order to have that occur.  He agreed that he would waive these rights.

    (3)  I met with the Defendant again on January 10, 2012 at FDC Sheridan.  I explained to him that there would be a hearing on January 23rd to discuss case scheduling and similar administrative matters.  I told him he could be at the hearing or not, as he wished, (although I also added that in some cases I have seen Judges hold such hearings without asking that defendants be brought to the hearing).  Defendant Gutierrez stated that he would like to be at the hearing, but if he was not brought to the court that would be fine with him too.  I told him his preference would be made known, if he was to be given a choice of appearing or not appearing.

    (4)  Ultimately, I communicated with the Court's courtroom deputy that the defendant would like to be at the hearing, but wasn't insistent upon being there.  The Marshal's office did not transport him to the hearing on January 23rd.  I did not learn until January 18th that the Marshal's office would not be transporting Mr. Gutierrez to court on the 23rd, which was insufficient time for me to schedule a visit with him at FDC Sheridan to obtain a formal waiver.

    (5)  I believe that the defendant's lack of firm position to be, or not to be, at

Page 2 --- DEFENDANT GUTIERREZ-MONTES' WAIVER OF APPEARANCE and DECLARATION OF COUNSEL

*ROBERT W. REID, LLC*
*Attorney at Law*
208 S.W. First Avenue, Suite 220
Portland, Oregon 97204
breid@ipns.com
(503) 223-7786 / Fax (503) 227-2477

the Court on January 23rd can reasonably be interpreted as a waiver of appearance as to the scheduling matters which were discussed at that hearing. None of these scheduling matters were issues about which I would have consulted the defendant in any event, as they are best determined solely by counsel.

RESPECTFULLY SUBMITTED this 31st day of January, 2012.

**/s/ Robert W. Reid**

---
Robert Reid (OSB #81434)
Attorney for Defendant Gutierrez-Montes

Page 3 --- DEFENDANT GUTIERREZ-MONTES' WAIVER OF APPEARANCE and DECLARATION OF COUNSEL

***ROBERT W. REID, LLC***
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon 97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*